[Cite as *State v. Snyder*, 2018-Ohio-4260.]

IN THE COURT OF APPEALS

TWELFTH APPELLATE DISTRICT OF OHIO

BUTLER COUNTY

| | | |
|---|---|---|
| STATE OF OHIO, | : | |
| Plaintiff-Appellee, | : | CASE NO. CA2018-05-089 |
| | : | D E C I S I O N |
| - vs - | | 10/22/2018 |
| | : | |
| PETE SNYDER, | : | |
| Defendant-Appellant. | : | |

CRIMINAL APPEAL FROM BUTLER COUNTY COURT OF COMMON PLEAS
Case No. CR2009-03-0515

Michael T. Gmoser, Butler County Prosecuting Attorney, John C. Heinkel, Government Services, 315 High Street, 11th Floor, Hamilton, Ohio 45011, for plaintiff-appellee

Mary K. Martin, 4660 Duke Drive, Suite 101, Mason, Ohio 45040, for defendant-appellant

**Per Curiam.**

{¶ 1} This cause came on to be considered upon a notice of appeal, the transcript of the docket and journal entries, the transcript of proceedings and original papers from the Butler County Court of Common Pleas, and upon a brief filed by appellant's counsel.

{¶ 2} Counsel for appellant, Pete Snyder, has filed a brief with this court pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967), which (1) indicates that a careful review of the record from the proceedings below fails to disclose any

errors by the trial court prejudicial to the rights of appellant upon which an assignment of error may be predicated; (2) lists two potential errors "that might arguably support the appeal," *Anders* at 744, 87 S.Ct. at 1400; (3) requests that this court review the record independently to determine whether the proceedings are free from prejudicial error and without infringement of appellant's constitutional rights; (4) requests permission to withdraw as counsel for appellant on the basis that the appeal is wholly frivolous; and (5) certifies that a copy of both the brief and motion to withdraw have been served upon appellant.

{¶ 3} Having allowed appellant sufficient time to respond, and no response having been received we have accordingly examined the record and find no error prejudicial to appellant's rights in the proceedings in the trial court. The motion of counsel for appellant requesting to withdraw as counsel is granted, and this appeal is dismissed for the reason that it is wholly frivolous.

HENDRICKSON, P.J., RINGLAND and PIPER, JJ., concur.

**NOTICE TO CLERK:**

**Serve a copy of this Decision upon appellant at: Pete Snyder, #A627641, Madison Correctional Institution, 1851 State Route 56, London, Ohio 43140**

IN THE COURT OF APPEALS

TWELFTH APPELLATE DISTRICT OF OHIO

BUTLER COUNTY


| | | |
|---|---|---|
| STATE OF OHIO, | : | |
| Plaintiff-Appellee, | : | CASE NO. CA2018-05-089 |
| | : | <u>JUDGMENT ENTRY</u> |
| - vs - | | |
| | : | |
| PETE SNYDER, | : | |
| Defendant-Appellant. | : | |


The brief of appellant, filed pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967), properly before this court and having been considered by the court, it is ordered that the motion of counsel for appellant requesting to withdraw as counsel is granted, and this appeal is hereby dismissed for the reason that it is wholly frivolous.

It is further ordered that a mandate be sent to the Butler County Court of Common Pleas for execution upon this judgment and that a certified copy of this Judgment Entry shall constitute the mandate pursuant to App.R. 27.

Costs to be taxed to appellant.

_____
Robert A. Hendrickson, Presiding Judge


_____
Robert P. Ringland, Judge


_____
Robin N. Piper, Judge

**NOTICE TO CLERK:**

- 3 -

_____

**Serve a copy of this Decision upon appellant at: Pete Snyder, #A627641, Madison Correctional Institution, 1851 State Route 56, London, Ohio 43140**